CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 2 2 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **PATRICIA L. MADDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06CV00014 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By:  James P. Jones |
| **SOCIAL SECURITY,** | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1.    The magistrate judge's report and recommendations are **accepted**;

2.    The motions for summary judgment are **denied**;

3.    The case is **remanded** to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g) for further consideration of the plaintiff's mental residual functional capacity and resulting ability to work; and

5.    The clerk is directed to close the case.

ENTER:   February 22, 2007

Chief United States District Judge